KATHARINE McDUFFIE, Respondent, *v.* THE FINANCIER COMPANY, Appellant.

*McDuffie* v. *Financier Co.*, 140 App. Div. 909, affirmed.
(Argued May 13, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover money alleged to be due plaintiff on an account stated.

*Henry B. Twombly* and *Louis H. Hall* for appellant.

*Theron G. Strong* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.